REDERIET FOR M/T SEVEN SKIES, as owner of the M/T SEVEN SKIES, Libellant-Appellee,

v.

S/S NORTH DAKOTA, her engines, etc. and Texaco, Inc., Claimant-Respondent-Appellant.

Nos. 474, 475, Dockets 27647, 27648.

United States Court of Appeals
Second Circuit.

Argued May 17, 1965.

Decided May 17, 1965.

Hill, Betts, Yamaoka, Freehill & Longcope, New York City (Eugene F. Gilligan, Eli Ellis, New York City, of counsel), for libellant-appellee.

Brush & Brush, New York City, for claimant-respondent-appellant.

Before WATERMAN, MARSHALL and ANDERSON, Circuit Judges.

PER CURIAM:

Affirmed in open court upon the opinion below of Judge Clancy, D.C., 242 F. Supp. 385.

CHESAPEAKE MANUFACTURING COMPANY, Inc., Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

Hyman LAND and Sadie Belle Land, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

Jacob LAND and Dora Land, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

ESTATE of David LAND, deceased, Maryland National Bank, Executor, and Bessie Land, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 9891–9894.

United States Court of Appeals
Fourth Circuit.

Argued June 4, 1965.

Decided June 21, 1965.

R. Carleton Sharretts, Jr., Baltimore, Md., for petitioners.

Jeanine Jacobs, Attorney, Department of Justice (John B. Jones, Jr., Acting Asst. Atty. Gen., and Lee A. Jackson and David O. Walter, Attorneys, Department of Justice, on brief), for respondent.

Before HAYNSWORTH, Chief Judge, BRYAN, Circuit Judge, and BARKSDALE, District Judge.

PER CURIAM.

We affirm, on each of these four appeals, upon the Memorandum Findings of Fact and Opinion of the Tax Court of the United States (Withey, J.) filed August 12, 1964. T.C. Memo 1964—.214.

Affirmed.